**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MONTOYA LOPEZ, Romnel,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| **MULLIN, Markwayne, in his official** | : | |
| **capacity as U.S. Secretary of Homeland** | : | |
| **Security; BLANCHE, Todd, in his official** | : | |
| **capacity as the acting United States Attorney** | : | **No. 26-4440** |
| **General; RIFE, John E., in his official** | : | |
| **capacity as the Field Director, Philadelphia** | : | |
| **Field Office, Immigration and Customs** | : | |
| **Enforcement; and JAMISON, J.L., in his** | : | |
| **official capacity as the Warden for the** | : | |
| **Philadelphia Federal Detention Center,** | : | |
| | : | |
| Respondents. | : | |

**ORDER**

**AND NOW,** this 6th day of July, 2026, the Clerk of Court is **DIRECTED** to mark this case closed.

BY THE COURT:

_____
Hon. Mia R. Perez